FILED ENTERED
LOGGED RECEIVED
NOV 12 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Commencing in or about May 2017, and continuing up to and through October 2018, Nevone McCrimmon was the head of the McCrimmon drug-trafficking organization ("McCrimmon DTO"). McCrimmon was responsible for obtaining kilogram quantities of heroin and fentanyl for distribution to the McCrimmon DTO's customers. Thus, McCrimmon was a member of a conspiracy with others to distribute large quantities of heroin and fentanyl in the District of Maryland and elsewhere.

The McCrimmon DTO obtained its heroin and fentanyl from Mexican drug-trafficking cartels. The McCrimmon DTO would order kilogram-quantities of heroin and fentanyl from members and associates of the Jesus Prieto DTO, located in Miami, Florida. Members of the Prieto DTO would travel to the mid-Atlantic area to collect large sums of U.S. currency from the McCrimmon DTO. The U.S. currency would then be conveyed directly to members of various Mexican drug-trafficking cartels. The cartels would then facilitate the transportation of heroin and fentanyl to associates and co-conspirators located in California. The illegal narcotics would then be transported from California to Baltimore, Maryland for delivery to the McCrimmon DTO.

In August 2018, federal law enforcement agents intercepted a shipment of 20 kilograms of fentanyl in Ventura County, California. The fentanyl was intended for delivery to the McCrimmon DTO in Maryland. After seizing the kilograms of fentanyl, federal agents transported the fentanyl to Maryland. On October 29, 2018 law enforcement agents conducted a "controlled delivery" of narcotics to a member of the McCrimmon DTO.

AEB / N.M.

Between May 2017 and October 2018, the McCrimmon DTO trafficked kilogram quantities of heroin and no less than 20 kilograms of fentanyl, which was intended for distribution and not personal use, and was foreseeable to the Defendant and in furtherance of the conspiracy.

The Government's evidence consists of, among other things, the seizures of large quantities of fentanyl and U.S. currency, and other evidence seized pursuant to search warrants and electronic surveillance.

John W. Sippel, Jr.
LaRai Everett
Assistant United States Attorneys

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

11-12-18
Date

Nevone McCrimmon

I am Nevone McCrimmon's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

11/12/19
Date

A. Eduardo Balarezo, Esquire